**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Linwood Lee RUFFIN, a/k/a Lenny,**
**Defendant–Appellant.**

**No. 03–6838.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 16, 2003.

Decided July 28, 2003.

Linwood Lee Ruffin, Appellant Pro Se. Sonya LaGene Sacks, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Linwood Lee Ruffin seeks to appeal the district court's order and judgment deny-

ing relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken to this court from the final order in a proceeding under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000); *see Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). We have independently reviewed the record and conclude that Ruffin has not satisfied that standard. Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*